M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2019 JAN -4  A 10: 22

Brandon Adams #227844  ?) P. HACKETT, CLK
Full name and prison name of       U.S. DISTRICT COURT
Plaintiff(s)                       MIDDLE DISTRICT ALA.

v.

CIVIL ACTION NO. 2:19-CV-12-WHA-GmB
(To be supplied by Clerk of U.S. District Court)

Warden III Richie
Warden II Babers
Warden I McClain
Capt. McCovery
Capt. Lamar
A.D.O.C. - ETC. AL. Wexford
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☑

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____

      2.   Court (if federal court, name the district; if state court, name the county)

         _____N/A_____



3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
W.E. DONALDSON CORRECTIONAL FACILITY

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
BULLOCK CORRECTIONAL FACILITY (RESTRICTED HOUSING)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | WARDEN III: MS. RICHIE, P | Bullock C.F. |
| 2. | WARDEN II: MS. BABERS, G | Bullock C.F. |
| 3. | WARDEN I: MR. MCCLAIN, A | Bullock C.F. |
| 4. | CAPT.: MR. MCCOVERY, T | Bullock C.F. |
| 5. | CAPT.: MR. LAMAR | Bullock C.F. |
| 6. | A.D.O.C - ETC. AL. WEXFORD HEALTH CARE SERVICE | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 9-22-18 - 10-19-18 DAYTIME 10-19-18 - NIGHT TIME AND 10-22-18

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: INTENTIONALLY PLACE MY LIFE IN DANGER AND CREATING A SECURITY, AND SAFETY AND HEALTH HAZARD - NO SMOKE ALARM, NO SPRINKLE SYSTEM WORKING IN THE CELL OR LOCK UP UNIT / CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AND 14TH AMENDMENTS.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

IMPROPER AND REFUSE OF MEDICAL TREATMENT AND INTENTIONALLY PLACE MY LIFE IN DANGER AND CREATING A SECURITY AND SAFETY HEALTH HAZARD IN A CLOSED IN AREA CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AND 14TH AMENDMENTS.

GROUND TWO: PLACE MY LIFE IN DANGER, DENIED AND IMPROPER MEDICAL TREATMENT AND CRUEL AND UNUSUAL PUNISHMENT AND CREATING A ~~SECURITY~~ SECURITY AND SAFETY ~~SUPPORTING FACTS:~~ HEALTH HAZARD IN A CLOSED IN AREA AND NEGLECT TO DISREGARD ONES LIFE AND PLACE HIM IN DANGER.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I LIKE FOR THE COURT TO GRANT ME THE SUM OF $5 MILLION FOR VIOLATION OF MY RIGHTS AND CRUEL AND UNUSAL PUNISHMENT ON MY LIFE.*

*Brandon Adams #227841*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/1/19
(Date)

*Brandon Adams #227841*
Signature of plaintiff(s)

January 1, 2019

MY COMMISSION EXPIRES DECEMBER 8, 2020

BRANDON ADAMS
AIS # 227841 W-40
W.E. DONALDSON CORR. FAC.
100 WARRIOR LANE
BESSEMER, AL 35023

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The content have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

BIRMINGHAM AL 350
02 JAN 2019 PM 1 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104 - 4018

36104-401801

